# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Vena Mizell, ) | Civil Action No. 1:14-cv-04484-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court upon motion of Plaintiff, through her attorney, Paul T. McChesney ("Counsel"), for an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. (ECF No. 22.) The motion seeks reimbursement for Counsel's representation in the captioned matter in the amount of $3,560.44 for 8.25 hours of attorney time at $185.00 per hour, 21.75 hours of paralegal time at $92.50 per hour, and $22.31 in costs. (ECF Nos. 22-3 & 22-4.) Thereafter, the parties agreed to a stipulated amount of $3,500.00 for attorney's fees. (ECF No. 23 ("Joint Stipulation for Attorney's Fees").) Furthermore, the parties agreed that the stipulated amount of attorney's fees payable to Plaintiff will be used to offset any outstanding federal debt the Commissioner determines Plaintiff owes. (Id. at 2.)

The court has reviewed the Joint Stipulation for Attorney's Fees (ECF No. 23) and finds reasonable the amount of fees agreed upon by the parties. Therefore, the court **GRANTS** Plaintiff's Motion for Attorney's Fees (ECF No. 22) and awards Plaintiff attorney's fees in the stipulated amount of $3,500.00.

**IT IS SO ORDERED**

*J. Michelle Childs*
United States District Judge

February 29, 2016
Columbia, South Carolina

2